[No. 2927-1.  Division One.  April 5, 1976.]

STEVE I. KOVACS, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 744289, Edward E. Henry, J., entered April 1, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3049-1.  Division One.  April 5, 1976.]

HAROLD HOLM, *Respondent,* v. ORION INDUSTRIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 764959, Francis E. Holman, J., entered May 2, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3269-1.  Division One.  April 5, 1976.]

SHELIA PENN, *as Administratrix, Appellant,* v. LAYRITE CONCRETE PRODUCTS OF SEATTLE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 764836, Frank J. Eberharter, J., entered August 23, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.

[No. 3161-1.  Division One.  April 5, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WALTER REES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 67442, David W. Soukup, J., entered July 8, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.